CAUSE NO. 03-15-00319-CV

TRIAL COURT CASE NO. C-1-14-007906

DAVID RAETZSCH,  X  COURT OF APPEALS

    Appellant, pro se  X  THIRD DISTRICT OF TEXAS

V  X  TRAVIS COUNTY, TEXAS

BARBARA LOVINGS HORTON,  X

    Appellee, pro se  X  " STATE OF TEXAS "

## 2nd AFFIDAVIT RECORD ON APPEAL

    I, David Raetzsch knowing the penalties of perjury, state the following is true and correct and should be included on the record on appeal. After the trial in County Court No. 1, the Honorable Judge Wong presiding, Appellant filed a " Motion For New Trial Or Hearing" and on May 18, 2015 Appellee pro se filed her "Notice Of Leave Of Court To File Response To The Respondents Motion For New Trial. After David

2nd Affidavit      1. of 5.

RECEIVED

AUG 2 6 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Raetzsch, Appellant herein reviewed said motion, Appellant will show the Court there are two (2) seperate and distinct Judgements. Cause No. J5-CV-14-233595 which is properly before the Court. Appellant did appeal that judgement.

No one appealed Judgement No. J5-CV-14-235831. Notice of appeal was _not_ given, and appeal was _not_ granted.

Cause No. J5-CV-14-235831 was a civil suit filed by Appellant, the Constable served it on Ms Horton, and the Honorable Judge or the Clerk of the Court served Ms Horton or gave her the notice of hearing, trial. Appellee choose not to attend, and of course default judgement was granted against Ms Horton. Wasting the Courts time to find justice. The Court found and Appellant agreed four hundred dollars ($400.00) would compensate

for the property lost. David Raetzsch did not appeal that judgement.

Appellee, Ms Horton goes on in her motion to explain the "lease contract agreement" states David Raetzsch agreed to pay $500 dollars a month for six (6) months. April, May, June, July, August, and September. of 2013. Or three thousand dollars ($3,000.00). But Ms Horton, Appellee knew, David Raetzsch, Appellant had no money, and was waiting on SSID, Social Security Disability. In fact Ms Horton, kicked David Raetzsch out of her ministry Sept. 29th, 2013, when she learned David Raetsch would not make her his payee, at social security. Ms. Horton, put David Raetzsch out

2nd Affidavit                    3. of 5.

on the street, no money, no clothes, no soap, no hygein supplies, and no Big Print, King James Bible.

In 2015 the Court did order Appellee, Ms Horton to return the property, Appellee did return some of Appellants property, but not all of it.

Travis County Criminal Justice Planning, Inside Out program paid Ms Horton some of the rent she claims, Appellant David Raetzsch owes her ministry. Two bites of the Apple. Appellee collects from Travis County and wants to collect agin from David Raetzsch. Breaking the law

of Texas, breaking the law of the United States, and David Raetzsch.

Ms. Horton, Appellee is a criminal and Apellant believes she should be prosecuted. Prosecution is warranted by her admissions.

The proof David Raetzsch has presented.

David Raetzsch under oath states everything stated in this 2nd Affidavit, Record On Appeal is true and correct, to the best of his beliefs signed on this 24th day of August 2015.

_David Raetzsch_ Appellant
8-24-15

Travis County
State of Texas

Sworn to and subscribed before me, notary public, on this 24th day of August 2015,

sign _____

print name Michael Armstrong
comm. exp. 5/13/18

NOTARY PUBLIC
STATE OF TEXAS
MICHAEL MINT ARMSTRONG
My Commission Expires
May 13, 2018

2nd Affidavit                    5. of 5.

Certificate of Service

I, David Raetesch sent Barbara Lovings Horton one copy (5) pages to P.O. Box 143537, Austin, Tx. 78714-3537, 1st class postage US Mail, postage pre paid, on this 29th day of August 2015,

Dear Jeffry D. Kyle, Clerk
P.O. Box 12547
Austin, TX. 78711-2547

Re: 2nd Affidavit Record On Appeal

Dear Mr. Kyle, Clerk
    Would you be so kind as to file a copy within the Court records and see the proper authories get a copy to prosecute the criminal. Her lies have gone to for in this case. Thank you so very much for all your help.

Respectfully,

David Raetesch  8-24-15

RECEIVED
AUG 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

David Raetzsch
7101 N. IH 35, Apt. 133
Austin, Tx. 78752

Court of Appeals
c/o Jeffry D. Kyle, Clerk
P.O. Box 12547
Austin, Tx. 78711-2547